JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRG HOSPITALITY LLC,<br><br>　　　　　Defendants. | Case No.  EDCV 25-1931-GW-DTBx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [16] filed on November 17, 2025, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　Each side to bear their own costs and fees.

　　IT IS SO ORDERED.

Dated: November 18, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE